IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, | ) |
| *Plaintiff*, | ) |
| | ) Case No. 1:19-cv-03674 |
| v. | ) |
| BARILLA AMERICA, INC., | ) DEMAND FOR JURY TRIAL |
| *Defendant*. | ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

TO THIS COURT AND ATTORNEYS OF RECORD Plaintiff Symbology Innovations, LLC, by and through the undersigned counsel and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure dismiss the Complaint filed by Plaintiff in the above captioned action without prejudice.

Dated: July 3, 2019          Respectfully submitted

/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
73 W Monroe St
Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com

KIRK. J. ANDERSON (SBN 289043)
kanderson@budolaw.com
M. GRANT MCARTHUR (SBN 321959)
gmcarthur@budolaw.com
BUDO LAW, LLP

1

5610 Ward Rd., Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)
(720) 225-9331 (Fax)

*Attorney(s) for Plaintiff Symbology Innovations, LLC.*

### CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2019, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

/s/ Isaac Rabicoff
Isaac Rabicoff